Copies

FILED
OCT 19 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Court

Ellery Center
Vs.
Sheriff Javier Salazar

case # SA23CA1345 OG

Petition for a writ of Habeas Corpus Under 28 § 2241

1. (a) ellery lablame center
   (b) ellery-lablame center
2. (a) San Antonio State Hospital
   (b) 6711 S. New Braunfels
   (c) 000335654-68/118523
3. Currently being held by order of State authorities
4. I am currently a pretrial detainee
5. In this petition I am challenging Pretrial detention
6. (a) Bexar County Sheriffs 202 N. Comal, San Antonio, TX, 78207
   (b) 2021 CR 9695
   (c) Pretrial Detention
   (d) 9/22/21
7. ~~~~ yes (1) U.S. District Court
   (2) date filing unknown
   (3) ~~do~~ case # is unknown
   (4) result: unknown
   (5) ~~I am challenging Pretrial detention~~ Date of Result is unknown
   (6) unknown

8 NO - submitting second appeal
9 NO
10 NO
11 NO
12 yes (a) "Habeas Corpus" "Controlled Substance"
   (b) Bexar County District Court
   (c) 5/30/22
   (d) 2021CR9695
   (e) NONE
   (f) 5/30/22
   (g) Unknown

13. ground one: omissions of USC title 28 (151§2201) Creation of Remedy, 28 (151§2202) Further Relief and 4th amendment right to be secure in my person and my effects (unlawful acts USC title 18 (13§241; 13§242), 18 (77§1585; 13§242), 18 (35§351; 13§242)
   (a) As a result of conspiring against my rights to Creation of Remedy, its Further relief and my personal effects thereof, as omissions, to the 4th amendment, under the color of law I am unlawfully imprisoned for more than 2 years as a "pretrial detainee" w/o trial ~~or counsel for representation~~ while in custody of Sheriff Javier Salazar and the authorities of the State of Texas

copy

13. ground 2: omissions of the 6th amendment: writ to a speedy trial / unlawful acts 18(13§241; 13§242), ~~18(13§251; 13§292)~~

(G1) As a result of conspiring against my constitutional rights, I have been unlawfully imprisoned as a pretrial detainee for 2 years w/o trial, under the color of law, while in custody of Sheriff Javier Salazar, ~~have been presented by indictment too.~~

13. ground 3: omissions of the 4th amendment: right against unreasonable searches and seizures shall not be violated / unlawful acts USC title 18(13§241; 13§242), 18(77§1585; 13§242)

(G1) As a ~~for~~ result of conspiring against my rights, I have never had my Miranda Writs read to me as I have been unlawfully imprisoned as a "pretrial detainee" for over 2 years under the color of law. I have not officially been arrested while in custody of Sheriff Javier Salazar and the authorities of Texas.

14. —

15. Request For Relief — I need the courts to send me home.


10/5/23                                   Probant UCC 1-308
                                              Prose'

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). *If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee* – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and __/__ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.