FILED
October 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Tyler Martin
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ELLERY CARTER,<br><br>    Petitioner,<br><br>v.<br><br>BEXAR COUNTY SHERIFF JAVIER SALAZAR,<br><br>    Respondent. | SA-23-CV-01345-OLG |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to exhaust state remedies and based on the *Younger* abstention doctrine, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED.**

It is **SO ORDERED.**

SIGNED this 30 day of October, 2023.

_____
ORLANDO L. GARCIA
United States District Judge